## MOTION FOR EXTENSION OF TIME TO FILE FORMS

I, Sybil Lee Chrzan, debtor, am hereby requesting an extension of time to complete the necessary required forms.  My daughter is currently in the hospital due to a heart attack, and uncontrolled high heart rate.  The reason driving this dangerous condition is undetermined.   She is 29.

I am staying at the hospital with her, since January 1.

I am asking this honorable court for an extension until February 17, 2020.  No undue harm should come from granting this small extension, and I thank the Court for it's generous consideration.

Sybil Lee Chrzan

February 6, 2020

Case 2:20 BK 50362

